UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. SEAY,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>    Defendants. | No. 1:25-cv-00179-JLT-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 12) |

    Ronald L. Seay is a state prisoner proceeding pro se and in forma pauperis in this this civil rights action pursuant to 42 U.S.C. § 1983.

    The magistrate judge issued an order requiring Plaintiff to show cause why this action should not be dismissed for failure to exhaust administrative remedies prior to filing suit. (Doc. 10.) Plaintiff did not file a response. More than a month later, the magistrate judge issued findings and recommendation that recommended this action be dismissed, without prejudice, based on Plaintiff's failure to exhaust administrative remedies prior to filing suit in compliance with the Prison Litigation Reform Act of 1995 (Doc. 12.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.* at 3.) The Court also informed Plaintiff that "the failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on

1

1 | appeal." (*Id.* at 13, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff
2 | did not file objections, and the time to do so has passed.
3 | According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the
4 | case. Having carefully reviewed the entire file, the Court finds that the Findings and
5 | Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:
6 | 1. The Findings and Recommendations issued on August 26, 2025 (Doc. 12) are
7 | **ADOPTED in full**.
8 | 2. This action is **DISMISSED** without prejudice.
9 | 3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 20, 2025**

UNITED STATES DISTRICT JUDGE

2